IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-147-AP**

IN RE:

**BILLY JASON HARWELL,**

    Debtor.

**BILLY JASON HARWELL**,

    Appellant,

v.

**LYNN MARTINEZ, Chapter 11 Trustee,**

    Appellee.

---

# ORDER

Kane, J.

This matter is before the court on Debtor, Billy Jason Harwell's Motion for Leave to Appeal (doc. #2), filed January 19, 2007. The court has review the motion, the response, the reply, and the motion to strike reply.

The Motion to Strike Debtor's Reply (doc. #9), filed February 1, 2007, is DENIED. The Motion for Leave to Appeal (doc. #2) is DENIED.

Dated this 7th day of February, 2006.

                                          BY THE COURT:

                                          ***S/John L. Kane***
                                          Senior Judge, United States District Court